

# Fourth Court of Appeals
## San Antonio, Texas

September 13, 2019

No. 04-19-00529-CV

Isabel **MARTINEZ**,
Appellant

v.

Ana **LITOFSKY** and Michael Litofsky,
Appellees

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV05367
The Honorable John Francis Davis, Judge Presiding

## O R D E R

Appellant's brief was due to be filed by September 4, 2019. Neither the brief nor a motion for extension of time has been filed. It is therefore ORDERED that appellant show cause in writing within fifteen days from the date of this order why this appeal should not be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of September, 2019.

_Keith E. Hottle,_
Keith E. Hottle,
Clerk of Court